# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CASE NO. 4:07cr201 (Judge Schell) |
| EUFROCINO RIOS-BENITEZ<br>a.k.a. "Eufrocino Benitez Rios"<br>a.k.a. "P. Benitez"<br>a.k.a. "Pedro Avellaneda-Benitez"<br>a.k.a. "Ofrecino Rios-Benetiz"<br>a.k.a. "Pablo Huerta-Luciano"<br>a.k.a. "Pedro Auallaneda Benetes"<br>a.k.a. "Pedro Bentura Robles"<br>a.k.a. "Mario Arellano"<br>a.k.a. "Pedro Rodriguez"<br>a.k.a. "Eufrocino B. Rios"<br>a.k.a. "Eufrocino Benitez Rios" | § § § § § § § § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Count One of the Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge are hereby ADOPTED.

It is further ORDERED that Defendant's guilty plea is accepted and approved by the Court conditional upon a review of the pre-sentence report.

It is finally ORDERED that the Court finds Defendant GUILTY on Count One of the Indictment in the above-numbered cause.

**SIGNED this the 6th day of December, 2007.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE